

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

17 NOV -9 PM 4: 43

SOUTHERN DISTRICT
OF INDIANA
[illegible] A. BRIGGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:17-cr-0222 JMS -TAB |
| DAVID C. CARROLL, | ) CAUSE NO. 1:17-cr- | -01 |
| MICHAEL HYATTE, | ) | -02 |
| LANCE L. HATCHER, JR., | ) | -03 |
| a/k/a Mont Mont, | ) | |
| NATHANIEL DIXSON, | ) | -04 |
| a/k/a Dog, | ) | |
| CONWAY JEFFERSON, | ) | -05 |
| a/k/a Lil C, | ) | |
| DEREK ATWATER, | ) | -06 |
| a/k/a Shorty, | ) | |
| ROBERT LISENBY, JR., | ) | -07 |
| a/k/a Russ, | ) | |
| TORIN A. HARRIS, | ) | -08 |
| JOHN E. BELL, | ) | -09 |
| SHEMILAH D. CROWE, and | ) | -10 |
| JAMES O. BEASLEY, | ) | -11 |
| a/k/a Jake | ) | |
| Defendants, | ) | |

## INDICTMENT

## COUNT ONE

**[Conspiracy to Distribute Methamphetamine – 21 U.S.C. § 846]**

The Grand Jury charges that:

From on or about June 3, 2017 through November 9, 2017, in the Southern District of Indiana, Indianapolis Division, and elsewhere, DAVID C. CARROLL, MICHAEL HYATTE, LANCE L. HATCHER, JR., a/k/a Mont Mont, NATHANIEL DIXSON, a/k/a Dog, CONWAY JEFFERSON, a/k/a Lil C, DEREK ATWATER, a/k/a Shorty, ROBERT LISENBY, JR., a/k/a

1

Russ, TORIN A. HARRIS, JOHN E. BELL, SHEMILAH D. CROWE, and JAMES O. BEASLEY, a/k/a Jake, and did knowingly and intentionally conspire together and with other persons, known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## MANNER AND MEANS

1. DAVID C. CARROLL ("CARROLL"), a resident of Indianapolis, Indiana, received methamphetamine from multiple sources in the Indianapolis area.

2. MICHAEL HYATTE ("HYATTE") stored methamphetamine and drug proceeds for CARROLL at his apartment in the Constitution Gardens apartment complex located in Indianapolis.

3. CARROLL distributed the methamphetamine from an apartment in the Constitution Gardens apartment complex in Indianapolis. CARROLL supplied numerous individuals with methamphetamine for distribution, including LANCE L. HATCHER, JR. ("HATCHER"), NATHANIEL DIXSON, a/k/a Dog ("DIXSON"), CONWAY JEFFERSON, a/k/a Lil C ("JEFFERSON"), DEREK ATWATER, a/k/a Shorty ("ATWATER"), ROBERT LISENBY, JR., a/k/a Russ ("LISENBY"), TORIN A. HARRIS ("HARRIS"), JOHN E. BELL ("BELL"), SHEMILAH D. CROWE ("CROWE"), and JAMES O. BEASLEY, a/k/a Jake ("BEASLEY").

4. Throughout the conspiracy, the defendants used telephones to facilitate the drug trafficking operation. The defendants spoke on telephones using code language to discuss their drug trafficking operation.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to distribute methamphetamine, the members of the conspiracy did commit, among others, the following overt acts:

1. On June 21, 2017, CARROLL agreed to deliver one-half ounce of methamphetamine to DIXSON for distribution to another individual.

2. On June 25, 2017, CARROLL agreed to provide HATCHER with two pounds of methamphetamine for distribution to another individual.

3. Prior to August 1, 2017, CARROLL pooled his drug proceeds with other methamphetamine traffickers to acquire a large shipment of methamphetamine from Phoenix, Arizona. The pooled money was provided to two individuals known to the grand jury ("Individual #1" and "Individual #2") to transport to Phoenix, Arizona on a Greyhound bus, where Individual #1 and Individual #2 would use the money to purchase a large quantity of methamphetamine. Law enforcement officers interdicted Individual #1 and Individual #2 on a Greyhound bus in Albuquerque, New Mexico and seized approximately $84,500 in drug proceeds. Approximately $14,000 of the $84,500 that Individual #1 and Individual #2 possessed constituted money that CARROLL had contributed to purchase the methamphetamine in Arizona.

4. On August 2, 2017, CARROLL delivered approximately two ounces of methamphetamine to LISENBY for redistribution.

5. On August 8, 2017, JEFFERSON agreed to deliver one-eighth of an ounce of methamphetamine to another individual.

6. On August 9, 2017, CARROLL received over four pounds of methamphetamine from an unknown source of supply. Prior to obtaining the methamphetamine from his source, CARROLL met HYATTE at HYATTE's apartment and obtained money that he (CARROLL) had previously stashed in HYATTE's apartment. CARROLL used this money to pay his source of supply for the methamphetamine.

7. On August 9, 2017, CARROLL delivered approximately nine ounces of methamphetamine to HARRIS for redistribution.

8. On August 9, 2017, CARROLL delivered approximately one ounce of methamphetamine to BELL for redistribution.

9. On August 9, 2017, CARROLL delivered approximately eight ounces of methamphetamine to another individual for redistribution.

10. On August 9, 2017, JEFFERSON asked CARROLL to deliver three or four ounces of methamphetamine to another individual.

11. On August 10, 2017, CARROLL delivered approximately twelve ounces of methamphetamine to ATWATER for redistribution.

12. On August 24, 2017, CARROLL delivered approximately one ounce of methamphetamine to CROWE for redistribution.

13. On September 10, 2017, CARROLL delivered approximately seven ounces of methamphetamine to BEASLEY for redistribution.

14. On September 11, 2017, CARROLL delivered approximately three ounces of methamphetamine for BEASLEY for redistribution.

15. On September 11, 2017, BEASLEY possessed approximately two and one quarter ounces of methamphetamine in a vehicle located at North Sherman Drive and Nowland Avenue

in Indianapolis and an additional three ounces of methamphetamine at a residence located at 4801 Linden Drive, Indianapolis.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about August 9, 2017, within the Southern District of Indiana, Indianapolis Division, JOHN E. BELL, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about September 11, 2017, within the Southern District of Indiana, Indianapolis Division, JAMES O. BEASLEY, a/k/a Jake, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

# FORFEITURE ALLEGATIONS

1. The allegations in Counts One through Three of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendants notice of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offenses set forth in Counts One through Three of this Indictment, DAVID C. CARROLL, MICHAEL HYATTE, LANCE L. HATCHER, JR., NATHANIEL DIXSON, a/k/a Dog, CONWAY JEFFERSON, a/k/a Lil C, DEREK ATWATER, a/k/a Shorty, ROBERT LISENBY, JR., a/k/a Russ, TORIN A. HARRIS, JOHN E. BELL, SHEMILAH D. CROWE, and JAMES O. BEASLEY, a/k/a Jake shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offenses of which he or she is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses of which he or she is convicted.

3. If convicted of the offenses set forth in Counts One through Three of this Indictment, DAVID C. CARROLL, MICHAEL HYATTE, LANCE L. HATCHER, JR., NATHANIEL DIXSON, a/k/a Dog, CONWAY JEFFERSON, a/k/a Lil C, DEREK ATWATER, a/k/a Shorty, ROBERT LISENBY, JR., a/k/a Russ, TORIN A. HARRIS, JOHN E. BELL, SHEMILAH D. CROWE, and JAMES O. BEASLEY, a/k/a Jake shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any of the offenses of which

he or she is convicted.

A TRUE BILL:

_____

FOR

JOSH J. MINKLER
United States Attorney

By: _____
Bradley A. Blackington
Assistant United States Attorney