UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2018 SEP 12  PM 5: 10

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Cause No. 1:17-cr-222-JMS-TAB-10 |
| | ) | |
| SHEMILAH D. CROWE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America.  The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 Conspiracy to Distribute Methamphetamine | 10-Life | $10,000,000.00 | NLT 5 years |
| 3 | 21 U.S.C. § 841(a)(1) Possession of Heroin with Intent to Distribute | 5-40 years | $5,000,000.00 | NLT 4 years |

Dated: _____

_____
Shemilah D. Crowe
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana