# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-cr-0222-JMS-TAB-11 |
| ) | |
| JAMES BEASLEY, et. al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT JAMES BEASLEY'S MOTION FOR NEW TRIAL UNDER FED. R. CRIM. P. 29(d) AND 33

Comes now Defendant, JAMES BEASLEY, ("Beasley") by counsel, and hereby respectfully moves this Court moves for a new trial pursuant to Fed. R. Crim. P. 29(d) and 33. If the Court grants Beasley's Renewed Motion for Judgment of Acquittal under Fed. R. Crim. P. 29(c), filed contemporaneously herewith, Beasley respectfully moves that the Court grant a conditional new trial in case if the Court's decision is later vacated. If the Court denies Beasley's Renewed Motion for Judgment of Acquittal, Beasley respectfully moves for a new trial under Fed. R. Crim. P. 33.

Beasley hereby incorporates herein his Memorandum in Support of Renewed Motion for Judgment of Acquittal under Fed. R. Crim. P. 29(c), filed contemporaneously herewith.

Dated: Indianapolis, Indiana
August 29, 2019

SOVICH MINCH, LLP

/s/ *Theodore John Minch*

———————————————————
Theodore J. Minch, Attorney No. 18798-49
445 North Pennsylvania, Suite 405
Indianapolis, Indiana 46204
Tel: (317) 939-1050
Email: timinch@sovichminch.com

*Counsel for James Beasley, Defendant*

# CERTIFICATE OF SERVICE

        This is to certify that a copy of the foregoing was forwarded this day to the following party representatives for Plaintiff and Co-Defendants via electronic mail and this Court's electronic filing system this 29th day of August, 2019:

| | |
|---|---|
| Bradley Blackington, Esq.<br>bradley.blackington@usdoj.gov | Lindsay Karwoski, Esq.<br>lindsay.karwoski@usdoj.gov |
| Joshua S. Moudy, Esq.<br>josh@kammenlaw.com | Thomas A. Brodnik, Esq.<br>thomas.a.brodnik@msth.com |
| Kenneth Lawrence Riggins, Esq.<br>Kennethriggins@yahoo.com | Maria G. Lupita Thompson, Esq.<br>lupita@thompsonlawllc.legal |

        */s/ Theodore J. Minch*_____
        Theodore J. Minch (IN#18798-49)
        SOVICH MINCH, LLP
        *Attorneys for James Beasley, Defendant*