UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-cr-0222-JMS-TAB |
| ) | |
| SHEMILAH D. CROWE, ) | - 10 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On April 22, 2025, the Court held a hearing on the Petitions for Warrant or Summons for Offender Under Supervision filed on September 9, 2024, and January 2, 2025. Defendant appeared in person with her appointed counsel Sam Ansell. The government appeared by Pam Domash, Assistant United States Attorney. The United States Probation Office appeared by Officer Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Crowe of her rights and provided her with a copy of the petitions. Defendant Crowe orally waived her right to a preliminary hearing.

2. After being placed under oath, Defendant Crowe admitted violation numbers 1, and 2. [Docket No. 1575]. The Government orally moved to withdraw the remaining violation, which motion was granted by the Court; violation number 3 dismissed.

3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance."** |
| | As previously reported to the Court, Ms. Crowe tested positive for illicit substances on the following dates: March 4, 2022, (fentanyl), April 4, 2022, (cocaine), June 9, 2022, (cocaine), June 17, 2022, (cocaine and fentanyl), and October 18, 2022 (cocaine); August 29, 2023, (marijuana), December 11, 2023, (marijuana); January 24, 2024, (marijuana), March 25, 2024, (marijuana), and June 24, 2024, (cocaine). |
| | Additionally, Ms. Crowe tested positive on August 22, and August 30, 2024, for cocaine. |
| 2 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."** |
| | On September 3, 2024, the United States Probation Office in the Southern District of Texas was notified that Ms. Crowe no longer lived at her reported residence of 5550 Bingle Road, Apartment 536; Houston, Texas. Ms. Crowe did not report the change of address to her supervising officer and subsequent attempts to reach her have been unsuccessful. |

4.    The parties stipulated that:

(a)    The highest grade of violation was a Grade B violation.

(b)    Defendant's criminal history category was IV.

(c)    The advisory range of imprisonment applicable upon revocation of supervised release, therefore, was 12 to 18 months' imprisonment.

5.    The government argued for a sentence of 18 months' imprisonment with no supervised release to follow. The Defendant argued for a sentence of 12 months' imprisonment.

The Defendant requested placement at a facility where she can receive substance abuse therapy, mental health treatment, and/or vocational training.

The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or her designee for a period of 15 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at a facility where the Defendant can receive substance abuse therapy, mental health treatment, and/or vocational training. The Defendant shall be taken into custody immediately, pending the District Judge's action on this Report and Recommendation.

The parties were notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 04/24/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system