UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:17-cr-00222-JMS-TAB |
| SHEMILAH D. CROWE (10), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Klump's Report and Recommendation dkt [1604] recommending that Shemilah D. Crowe's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation dkt [1604]. The Court finds that Ms. Crowe committed Violation Numbers 1 and 2 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkt. [1575]. The Court dismissed Violation Number 3 at dkt [1597]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Ms. Crowe is sentenced to the custody of the Attorney General or his designee for a period of fifteen (15) months and with no supervised release to follow. The Court recommends placement at a facility where the Defendant can receive substance abuse therapy, mental health treatment, and/or vocational training.

Date: 04/28/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system